Joseph B. Casserly, Jr., Plaintiff-Appellee, v. Pearl D. Pointer and Eloise Pointer, Defendants-Appellants.

Gen. No. 10,457.

Third District.

August 13, 1963.

Francis R. Wiley, of Decatur, for appellant; Summers, Watson & Kimpel, of Champaign, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.